IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRISTIE MATTESON, *et al.*,<br><br>　　　　　　Defendants. | CV 17-31-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Before the Court is Plaintiff/Counter-defendant Allstate Fire and Casualty Insurance Company's ("Allstate") Unopposed Motion to Seal Pages 1 and 2 of Complaint for Interpleader. (Doc. 14.) Allstate indicates that the purpose of the motion is to ensure that the Complaint for Interpleader (Doc. 9), originally filed in Montana state court, complies with Fed. R. Civ. P. 5.2(a).

　　　　The Court agrees that the document is not in compliance with Rule 5.2(a). However, the Clerk of Court has no procedure in place for filing only a portion of a document under seal, as requested by the parties here. Accordingly,

　　　　IT IS ORDERED that Allstate's motion is GRANTED with the exception that the Clerk of Court shall seal the Complaint for Interpleader (Doc. 9) in its entirety rather than merely pages 1 and 2. Allstate shall submit to the Court within fourteen (14) days of the date of this order a redacted version of its Complaint for

Interpleader, removing the information that does not comply with Rule 5.2(a).

DATED this 29th day of March, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge