

FILED

NOV 13 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff/Counter-Claim Defendant,<br><br>vs.<br><br>KRISTIE MATTESON and JAY MATTESON for THE ESTATE OF TUCKER MATTESON, TAYLOR STEPHENSON, TRAVIS STEPHENSON, and NATHON EWALT,<br><br>Defendants/Counter-Claimants. | CV 17-00031-BLG-SPW-TJC<br><br>ORDER FOR DISMISSAL OF ALL COUNTER-CLAIMS WITH PREJUDICE |

Pursuant to written Stipulation (Doc. 42) by and between counsel for all parties that all of the counter-claims alleged in the above-captioned case have been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED that the **counter-claims** in the above-captioned action are DISMISSED with prejudice in their entirety; each party shall pay their own respective costs and fees of any kind or nature. This dismissal shall not impact the interpleader portion of this case.

1

DATED this 13th day of November, 2017.

SUSAN P. WATTERS
United States District Judge

cc: Dale R. Cockrell
Kevin M. Funyak
David P. Legare
Matt I. Tourtlotte
Paul D. Odegaard
Andrew J. Miller